JOSEPH MOREA, Respondent, v. ELIZABETH MURATORE et al., Defendants, and DONALD V. KANE, Appellant.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.